UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ARTHUR O. ARMSTRONG )<br>    Plaintiff, )<br>v. )<br>  )<br>ROY COOPER and QUENTIN T. SUMNER )<br>    Defendants. ) | **JUDGMENT**<br>No. 5:23-CV-719-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge upon recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED,** in accordance with the court's order entered January 31, 2024 that the court DISMISSES plaintiff's complaint for violating the Superseding Prefiling Injunction entered March 29, 2013.

**This Judgment Filed and Entered on January 31, 2024, and Copies To:**
Arthur O. Armstrong (via US mail) 8113 Pleasant Hill Road, Elm City, NC 27822

January 31, 2024      PETER A. MOORE, JR. CLERK

              /s/ Sandra K. Collins
            (By) Sandra K. Collins, Deputy Clerk